UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 21-MJ-1512-DLC |
| | ) |
| JEXON ONAN MADRID-FLORES, | ) |
|     Defendant | ) |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Nicholas Green, Deputy U.S. Marshal, U.S. Marshals, do hereby make oath before the Honorable Donald L. Cabell, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one **JEXON ONAN MADRID-FLORES** on a criminal complaint issued by the Superior Court of the District of Columbia on September 14, 2021, charging the defendant with Assault With Intent to Kill While Armed, 22 D.C. Code, Sections 401, 4502. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

*Nicholas Green* DLC
Nicholas Green
Deputy U.S. Marshal
U.S. Marshals

Subscribed and sworn to before me this 6 day of October, 2021.

Donald L. Cabell
United States Magistrate Judge

